UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Gail A Toney<br><br>    Debtor(s) | Case No. 12 B 19339 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/11/2012.

2) The plan was confirmed on 09/12/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/12/2012, 09/12/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Dismissed on 01/22/2014.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $8,652.21 |
| Less amount refunded to debtor | $230.64 |

**NET RECEIPTS:** $8,421.57

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,346.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $357.34 |
| Other | $400.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,103.34

Attorney fees paid and disclosed by debtor:   $154.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA Checkmate LLC | Unsecured | 433.55 | NA | NA | 0.00 | 0.00 |
| ACC Consumer Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 871.54 | NA | NA | 0.00 | 0.00 |
| Allied Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 272.34 | 223.24 | 223.24 | 5.56 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,680.63 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | NA | 81.37 | 81.37 | 0.00 | 0.00 |
| ATT Mobility LLC | Unsecured | 1,428.06 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | 2,251.98 | 2,487.46 | 2,487.46 | 61.88 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Card Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cash Store | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 3,235.59 | NA | NA | 0.00 | 0.00 |
| CBA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago P O Emp Cr Un | Unsecured | 0.00 | 1,269.95 | 1,269.95 | 31.59 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,340.00 | 3,219.87 | 3,219.87 | 80.09 | 0.00 |
| CMRE Financial Svcs | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CompuCredit | Unsecured | 391.82 | NA | NA | 0.00 | 0.00 |
| Compu-Credit | Unsecured | 391.82 | NA | NA | 0.00 | 0.00 |
| Compu-Credit | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 4,277.42 | 4,277.42 | 4,277.42 | 106.39 | 0.00 |
| Cottonwood Financial Ltd | Unsecured | 1,900.71 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Dependon Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DSNB/Macys | Unsecured | 808.00 | NA | NA | 0.00 | 0.00 |
| Dynasty Pointe | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Easy Auto | Secured | 2,378.86 | 2,378.86 | 2,378.86 | 2,378.86 | 47.55 |
| Easy Auto | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Edward Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Elmhurst Clinic | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Employment Security Dept | Unsecured | 3,843.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 977.00 | NA | NA | 0.00 | 0.00 |
| ER Solutions | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 254.44 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 449.20 | NA | NA | 0.00 | 0.00 |
| Gateway Chevrolet Geo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | NA | 2,025.00 | 2,025.00 | 50.37 | 0.00 |
| Good Samaritan Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 3,843.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 32,345.30 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 27,376.00 | 32,345.30 | 32,345.30 | 804.55 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 665.00 | 665.00 | 13.18 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 510.00 | 510.00 | 510.00 | 12.68 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 391.82 | 391.82 | 7.77 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 861.00 | 861.00 | 17.06 | 0.00 |
| KCA Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Loretto Hospital | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| NCC Servicing LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,100.91 | 4,100.91 | 4,100.91 | 102.00 | 0.00 |
| Pay Day Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Phillip & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 6,087.76 | 6,087.76 | 6,087.76 | 151.43 | 0.00 |
| Premier Bankcard | Unsecured | 483.00 | 449.20 | 449.20 | 11.18 | 0.00 |
| Professional Account Management | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| Providian | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Recovery Solutions | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 874.00 | 874.97 | 874.97 | 17.34 | 0.00 |
| RoundUp Funding LLC | Unsecured | 1,255.00 | NA | NA | 0.00 | 0.00 |
| RoundUp Funding LLC | Unsecured | 12,069.42 | NA | NA | 0.00 | 0.00 |
| Rush Copley Medical Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 10,356.96 | NA | NA | 0.00 | 0.00 |
| Senex Services Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| St Anthony Hospital | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| The Mobile Solution | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| The Mobile Solution | Unsecured | NA | 800.00 | 800.00 | 15.85 | 0.00 |
| Tidewater Credit Services | Unsecured | 16,197.80 | 16,197.80 | 16,197.80 | 402.90 | 0.00 |
| Tidewater Credit Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 1,050.34 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USA Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Valley Imaging | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,378.86 | $2,378.86 | $47.55 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,378.86** | **$2,378.86** | **$47.55** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$77,068.07** | **$1,891.82** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,103.34 |
| Disbursements to Creditors | $4,318.23 |
| **TOTAL DISBURSEMENTS:** | **$8,421.57** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/29/2014                                       By: /s/ Marilyn O. Marshall
                                                                            Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**